IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-09-117-S1-2 |
| | § | |
| JORGE GALVAN | § | |

## ORDER

BE IT REMEMBERED on this 25th day of January, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed October 20, 2009, wherein the defendant Jorge Galvan waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jorge Galvan to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Jorge Galvan guilty of the offense of providing and attempting to provide a prohibited object, to wit marijuana to an inmate, in violation of 18 U.S.C. 1791(a)(1).

Signed this 25th day of January, 2010.

Andrew S. Hanen
United States District Judge